UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X    07 CV 6059
HELIA S. VIEIRA,

               Plaintiff,

  -against-               **RULE 7.1 STATEMENT**

SIX FLAGS, INC.,
               Defendant.
------------------------------------X

      Pursuant to Federal Rule of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SIX FLAGS, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

               SIX FLAGS, INC.

Date: July 17, 2007

               _____
               John S. Rand (3369)
               CLARK, GAGLIARDI & MILLER, P.C.
               Attorneys for Defendant
               SIX FLAGS, INC.
               99 Court Street
               White Plains, New York 10601
               (914) 946-8900