UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

HELIA VIEIRA,

                     **Plaintiff,**

        - against –

SIX FLAGS, INC.,

                 **Defendants.**

---------------------------------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 10/18/07

07 Civ. 6059 ( JGK )( JFM )

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following

purpose(s):

|  |  |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _____ _____ _____ | Purpose:_____ _____ _____ |
| _____ _____ _____ | |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ Habeas Corpus |
| | ___ Social Security |
| _X_ Settlement* | |
| | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | Particular Motion:_____ _____ |
| | _____ _____ _____ |
| | All such motions: ____ |

**SO ORDERED.**

DATED:      New York, New York
               October 11, 2007

                                  **John G. Koeltl**
                               **United States District Judge**

* Do not check if already referred for general pretrial.