MEMO ENDORSED

## CLARK, GAGLIARDI & MILLER P.C.

ATTORNEYS & COUNSELORS AT LAW

THE INNS OF COURT
99 COURT STREET
WHITE PLAINS, NEW YORK 10601-4265
(914) 946-8900

HENRY G. MILLER
LAWRENCE T. D'ALOISE, JR.
LUCILLE A. FONTANA
ROBERT J. FRISENDA
ANGELA MORCONE GIANNINI
JOHN S. RAND
DENISE LIOTTA DeMARZO
JOHN J. SWEENEY
SARAH J. EAGEN
LYNN S. ROSENTHAL
P. DAWN BAKER MILLER

COUNSEL
MORTON B. SILBERMAN

CLARK & CLOSE (1907)
ROBERT Y. CLARK (1907-1961)
FRANK M. GAGLIARDI (1920-1980)
LEE PARSONS DAVIS (1957-1961)
ELBERT T. GALLAGHER (1974-1977)
JOSEPH F. GAGLIARDI (1988-1992)
LEE P. GAGLIARDI (1958-1972)

FAX (914) 946-8960

October 18, 2007

Hon. Frank Maas
United States Magistrate Judge
U.S. District Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Vieira v Six Flags, Inc.
07 CV 6059 (JGK)(FM)

*[Handwritten endorsement:] The week of December 3rd is unavailable because I am on criminal duty. The settlement conference is adjourned to December 14, 2007, at 2 PM.*
*Maas, USMJ, 10/18/07*

Dear Judge Maas:

    This firm represents the defendant Six Flags, Inc. in the above-captioned matter. I am in receipt of the notice scheduling the settlement conference for November 16, 2007. I understand that a representative from Six Flags must be present. However, that person, Mr. Zakar, will be out of the country from November 16th to the 28th, 2007. Therefore, I request an adjournment of the conference until sometime in December (preferably December 3rd, 4th or 5th and not December 11th or 13th, 2007). This request is with the consent of plaintiff's counsel, Mr. Cheriff.

    Thank you.

*[Handwritten:] * If this time (or date) is not suitable, counsel should place a conference call to my Chambers to reschedule.*

Respectfully submitted,

John S. Rand

JSR:ac
cc: Bruce Cheriff, Esq.